JUDGE KAPLAN    08 CV 6294

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,

        Interpleader Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; and DOES 1 through 100, owners of beneficial interests in the Notes,

        Interpleader Defendants.



RECEIVED JUL 11 2008 U.S.D.C. S.D.N.Y. CASHIERS

Rule 7.1 Disclosure Statement

Case No. _____

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Interpleader Plaintiff LaSalle Bank National Association ("LaSalle") hereby discloses that it is a subsidiary of LaSalle Bank Corp., whose parent is Bank of America Corp. Shares of Bank of America Corp. are publicly traded. No other publicly held company has an ownership interest of 10% or more of LaSalle.

Dated: New York, New York
      July 11, 2008

                          Respectfully submitted,
                          ALSTON & BIRD LLP

          By: _____
                        Michael E. Johnson (MJ 0299)
                        Judith A. Amorosa (JA 4027)
                        90 Park Avenue
                        New York, New York 10016
                        (212) 210-9400

*Attorneys for Interpleader Plaintiff*
*LaSalle National Bank Association,*
*as Indenture Trustee*

To:

NIBC Credit Management, Inc.
527 Madison Avenue
8th Floor
New York, New York 10022

Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., New York Branch,
a/k/a Rabobank International, New York Branch
245 Park Avenue
New York, New York 10167

Citigroup Global Markets Limited
Citigroup Centre
25 Canada Square
London E14 5LB
United Kingdom

Cede & Co.
55 Water Street
New York, New York 10041-0099