AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

LaSalle Bank National Association, as
Indenture Trustee,

       V.   Interpleader Plaintiff,

Citigroup Global Markets Limited; Cooperatieve
Centrale Raiffeisen-Boerenleenbank, B.A., New York
Branch, NIBC Credit Management, Inc., Cede & Co.,
as Holder of certain Notes and nominee
name of the Depository Trust Company; and
Does 1 through 100, owners of beneficial interests in
Notes,

          Interpleader Defendants.

**SUMMONS IN A CIVIL ACTION**

08 CV 6294

JUDGE KAPLAN

To:  NIBC Credit Management, Inc.
      527 Madison Avenue, 8th Floor
      New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq., Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 1 1 2008

CLERK _Catherine Lapsley_               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                        *Signature of Server*

                                  _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION, as
Indenture Trustee,
         Plaintiff(s),

JUDGE KAPLAN
Index No. 08 CV 6294

   -against-

AFFIDAVIT OF SERVICE

CITIGROUP GLOBAL MARKETS LIMITED; et al.,
         Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK)
                  S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 14th day of July 2008, at approximately 2:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, INTERPLEADER COMPLAINT, INTERPLEADER, INDIVIDUAL PRACTICES OF JUDGE FRANCIS, INDIVIDUAL PRACTICES OF LEWIS A. KAPLAN AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS** upon NIBC Credit Management, Inc. at 527 Madison Avenue, 8th Floor, New York, NY 10022, by personally delivering and leaving the same with David Reisman, General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      David Reisman is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 190 pounds with black hair and light eyes.

*/s/ Hector Figueroa*
HECTOR FIGUEROA #870141

Sworn to before me this
16th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com