AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

LaSalle Bank National Association, as
Indenture Trustee,

    V.   Interpleader Plaintiff,

Citigroup Global Markets Limited; Cooperatieve
Centrale Raiffeisen-Boerenleenbank, B.A., New York
Branch, NIBC Credit Management, Inc., Cede & Co.,
as Holder of certain Notes and nominee
name of the Depository Trust Company; and
Does 1 through 100, owners of beneficial interests in
Notes,

    Interpleader Defendants.

**SUMMONS IN A CIVIL ACTION**

08 CV 6294

JUDGE KAPLAN

To: Citigroup Global Markets Limited
    Citigroup Centre
    25 Canada Square
    London E14 5LB, United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq., Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 1 1 2008

---

CLERK                                             DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL     $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>                Interpleader Plaintiff,<br><br>- against -<br><br>CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; and DOES 1 through 100, owners of beneficial interests in the Notes,<br><br>                Interpleader Defendants. | **AFFIDAVIT OF SERVICE**<br><br>08 Civ. 6294 (LAK)(JCF) |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

1. Michael Malloy, being duly sworn, deposes and says: that he is not a party to this action, that he resides in Wilton, Connecticut and that he is over eighteen years of age.

2. On July 14, 2008 and July 15, 2008, pursuant to the agreement of the parties as memorialized in Section 13(c) of the Master Agreement, dated March 8, 2007, by and between Citigroup Global Markets Limited and Plettenberg Bay CDO, deponent served the Summons, Interpleader Complaint, Interpleader Bond, Rule 7.1 Statement, Copy of the Individual Practices of Lewis A. Kaplan, copy of the Individual Practices of Magistrate Judge James C. Francis IV, and Electronic Case Filing Rules & Instructions (May 28, 2008 edition) upon defendant Citigroup Global Markets Limited by UPS Overnight Delivery and facsimile to the addresses and the phone numbers below on the dates indicated below:

July 14, 2008 by UPS Overnight Delivery and Facsimile
Citigroup Global Markets Limited
Citigroup Centre
25 Canada Square
London E14 5LB
United Kingdom
1144 (207)721-2870

July 14, 2008 by UPS Overnight Delivery and Facsimile
Citigroup Global Markets Limited
c/o Capital Markets Legal
388 Greenwich Street, 17th Floor
New York, New York 10013
Facsimile (212) 615-8985

July 15, 2008 by UPS Overnight Delivery
Citigroup Global Markets Limited
Citigroup Centre
33 Canada Square
Canary Wharf
London E14 5LB
United Kingdom

Michael Malloy

Sworn to before me this
23rd day of July 2008

Notary Public

LOUIS P. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 20 11

- 2 -

LEGAL02/30890267v1