

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,

    Interpleader Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; DOES 1 through 100, owners of beneficial interests in the Notes,

    Interpleader Defendants.

---

Case No.: 08 CV 6294 (LAK̶) (JSR)

STIPULATION AND ORDER FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and among Interpleader Plaintiff, LaSalle Bank National Association ("LaSalle") and Interpleader Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., New York Branch ("Rabobank International, New York Branch"), subject to the Court's approval, that the time in which Rabobank International, New York Branch may answer, move or otherwise respond with respect to the above-captioned Interpleader Complaint is hereby extended to and including Monday, October 6, 2008.

Dated: New York, New York
      July 31, 2008

ALSTON & BIRD LLP

By: _____
Michael E. Johnson (MJ 0299)
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Interpleader Plaintiff*

RABOBANK INTERNATIONAL, NEW YORK BRANCH

By: _____
Wenchi Hu, Esq.
245 Park Avenue
New York, New York 10167
(212) 916-7863

*Interpleader Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

LaSalle Bank National Association, as
Trustee

(CONTINUED FROM PREVIOUS PAGE)

DENIED (too long).

SO ORDERED:

_____
U.S.D.J.

8-6-08

LEGAL02/30898917v1

-2-