UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,

    Interpleader Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIVE CENTRALE RAIFFEISENBOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; DOES 1 through 100, owners of beneficial interests in the Notes.

    Interpleader Defendants.

Case No.: 08 CV 6294 (JSR)

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

---

IT IS HEREBY STIPULATED AND AGREED, by and among Interpleader Plaintiff, LaSalle Bank National Association ("LaSalle") and Interpleader Defendant Citigroup Global Markets Limited ("Citigroup"), subject to the Court's approval, that the time in which Citigroup may answer, move or otherwise respond with respect to the above-captioned Interpleader Complaint is hereby extended to and including Monday, October 6, 2008.

Dated: New York, New York
       July 30, 2008

ALSTON & BIRD LLP

By: _____
Michael E. Johnson (MJ 0299)
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Interpleader Plaintiff
LaSalle Bank National Association, as Trustee*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp
Claudia L. Hammerman
Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
bkarp@paulweiss.com

*Attorneys for Interpleader Defendant
Citigroup Global Markets Limited*

(CONTINUED FROM PREVIOUS PAGE)

DENIED (too long)

SO ORDERED:

_____
U.S.D.J.
8-6-08

-2-