

RECEIVED
AUG -1 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,

    Interpleader Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; DOES 1 through 100, owners of beneficial interests in the Notes.

    Interpleader Defendants.

Case No.: 08 CV 6294 (JSR)

STIPULATION AND ORDER FOR EXTENSION OF TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among Interpleader Plaintiff, LaSalle Bank National Association ("LaSalle") and Interpleader Defendant Cede & Co., subject to the Court's approval, that the time in which Cede & Co. may answer, move or otherwise respond with respect to the above-captioned Interpleader Complaint is hereby extended to and including Monday, October 6, 2008.

Dated: New York, New York
      July 31, 2008

ALSTON & BIRD LLP

By: _____
Michael E. Johnson (MJ 0299)
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Interpleader Plaintiff LaSalle Bank National Association, as Trustee*

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.

By: _____
Eric P. Heichel, Esq. (EH 9940)
805 Third Avenue, 10th Floor
New York, NY 10022
(212) 752-1000
*Attorneys for Interpleader Defendant Cede & Co.*

(CONTINUED FROM PREVIOUS PAGE)

DENIED (too long)

SO ORDERED:

_____
U.S.D.J.
8-6-08