UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee<br><br>　　　　　　　　Interpleader Plaintiff,<br><br>　　　　　-against-<br><br>CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; and DOES 1 through 100, owners of beneficial interests in the Notes,<br><br>　　　　　　　　Interpleader Defendants. | 08 CV 6294<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Cooperatieve Centrale Raiffeisen-Boerenleenbank, B.A., New York Branch ("Rabobank"), Interpleader Defendant.

I certify that I am admitted to practice in this Court.

61267/2597547.1

DATED:   New York, New York
         August 13, 2008

                                     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By:  */s/ Jonathan E. Pickhardt*
    Jonathan E. Pickhardt

51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
(212) 849-7000

*Attorneys for Interpleader Defendant Rabobank*

61267/2597547.1