UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>    Interpleader Plaintiff,<br><br>  - against -<br><br>CITIGROUP GLOBAL MARKETS LIMITED; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A., NEW YORK BRANCH; NIBC CREDIT MANAGEMENT, INC.; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; and DOES 1 through 100, owners of beneficial interests in the Notes,<br><br>    Interpleader Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ACTION**<br><br>Case No. 08-6294 (JSR) |

---

Interpleader Plaintiff LaSalle Bank National Association ("LaSalle"), in its capacity as Indenture Trustee, through its undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby notices the dismissal of the above-captioned action, without prejudice and without costs.

Respectfully submitted this 25th day of August, 2008.

        ALSTON & BIRD LLP

        By: *[signature]*
        Michael E. Johnson (MJ 0299)
        Judith A. Amorosa (JA 4027)
        90 Park Avenue
        New York, New York
        (212) 210-9400
        *Attorneys for Interpleader Plaintiff LaSalle Bank National Association, as Trustee*